FILED

2020 FEB 11 AM 11:16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**20MJ00638**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States PLAINTIFF(S) v. Miles Michnowicz DEFENDANT(S) | CASE NUMBER 3:19-CR-220 AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: ~~East~~ United States
in the Eastern, District of Tennessee on ~~2/5/2020~~ 2/5/2020
at 8:30 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about March 2019
in violation of Title 31 U.S.C., Section(s) 846, 841(a)(1) & 841(b)(1)(B)
to wit: _____

A warrant for defendant's arrest was issued by: John L Medearis, Eastern District of Tennessee

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on  11 Feb 2020 , by
Renico Smith , Deputy Clerk.

_Signature of Agent_: MZ
_Print Name of Agent_: Marc Tourangeau
_Agency_: FBI
_Title_: Special Agent

1202

CR-52 (05/98)          **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**