FILED

2 0 MJ 00638

2020 FEB 11 AM 11:16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| PLAINTIFF | 2 0 MJ 0 0 6 3 8 |
| V. | |
| Miles Mrchnowicz | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 2/11/2020 @ 8:00   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   Title 21 U.S.C 846, 841(a)(1) & 841 (b)(1)(B)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1996

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): _____

11. Name: Marc Tourangeau (please print)

12. Office Phone Number: 310-294-0044

13. Agency: FBI

14. Signature: _____

15. Date: 2/11/2020

CR-64 (05/18)  REPORT COMMENCING CRIMINAL ACTION